UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DENNIS BOOM and TABITHA BOOM,
on behalf of themselves and all others
similarly situated

    Plaintiffs,

v.       Case No: 2:14-cv-6-FtM-38DNF

TOPS VACUUM & SEWING, INC.
and GREGORY BANK,

    Defendants.
_____/

### ORDER[1]

This matter comes before the Court on the Plaintiffs, Dennis and Tabitha Boom's Motion for a Preliminary Injunction and Request for Hearing Pursuant to Federal Rule of Procedure 65(a) (Doc. #21) filed on April 15, 2014. The Plaintiffs move the Court for a preliminary injunction pursuant to Fed. R. Civ. P. 65(a). On April 18, 2014, the Parties filed an agreed upon Preliminary Injunction agreeing that the Defendant Gregory Bank would stay away from, and not have communications with, the Plaintiffs or their family members other than communications necessary for this case. Therefore, a hearing is no longer necessary.

    Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

**ORDERED:**

The Plaintiffs, Dennis and Tabitha Boom's Motion for a Preliminary Injunction and Request for Hearing Pursuant to Federal Rule of Procedure 65(a)(Doc. #21) is **GRANTED** as follows:

1. Defendant, Gregory Bank, will not attempt to contact the Plaintiffs and their family members from this day forward until the Court's entry of an order dismissing this action with the exception of his attendance at any mediation or other settlement conference to be scheduled. Additionally, Defendant Gregory Bank may communicate via U.S. Mail or electronic means with Plaintiffs regarding any tax related employee documents.

2. Defendant, Gregory Bank, will not initiate contact with any past, current and/or future employers of Plaintiffs regarding any matters relating to the Plaintiffs.

3. Defendant, Gregory Bank, will not file any reports, other than those required by law, as a result of the parties' employment relationship, against the Plaintiffs with any Federal, State, County or Local agency.

4. The Plaintiffs, Dennis and Tabitha Boom's Request for Hearing is **DENIED** as moot.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of April, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record